# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1058

_____

United States of America

*Plaintiff - Appellee*

v.

Charles Dwayne Carter

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Eastern

_____

Submitted: May 1, 2023
Filed: May 4, 2023
[Unpublished]

_____

Before GRUENDER, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Charles Carter appeals after the district court[1] revoked his supervised release and sentenced him to 24 months in prison and 1 year of supervised release. His

---

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

counsel has moved to withdraw, and has filed a brief arguing that the revocation sentence is substantively unreasonable.

Upon careful review, we conclude that Carter's sentence was not unreasonable, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (reviewing the district court's decision to revoke supervised release for abuse of discretion); *United States v. Larison*, 432 F.3d 921, 923 (8th Cir. 2006) (explaining that a revocation sentence may be unreasonable if the district court fails to consider a relevant 18 U.S.C. § 3353(a) factor, gives significant weight to an improper or irrelevant factor, or commits a clear error of judgment); *United States v. White Face*, 383 F.3d 733, 740 (8th Cir. 2004) (stating that a district court need not mechanically list every § 3553(a) factor when sentencing a defendant upon revocation; all that is required is consideration of relevant matters and some reason for the court's decision).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____